LAW OFFICES OF
# Ronis & Ronis
105 WEST F STREET
THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-6036

JOHN GEORGE RONIS
JAN EDWARD RONIS
JASON A. RONIS

TELEPHONE (619) 236-8344
FAX (619) 236-8820
info@ronisandronis.com

August 29, 2013

USPO John Lanigan
Probation Department
Eastern District of New York
147 Pierrepont Street
Brooklyn NY 11201

Re:   USA v. Thaqi, 11-cr-00486-DLI-17, Adrian Dubiel

Dear Mr. Lanigan,

I have received your Presentence Investigation Report regarding the above mentioned matter. After reviewing the report, Mr. Dubiel has no objection to be noted, but does reserve his right to seek a sentence below your recommendation pursuant to Title 18 U.S.C § 3553(A).

Sincerely,

LAW OFFICES OF RONIS AND RONIS

JAN EDWARD RONIS